MINUTE ENTRY
AFRICK J.
MAY 10, 2017

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL |
| VERSUS | NO. 17-087 |
| MARIA SPEARS | SECTION N |

**CRIMINAL ARRAIGNMENT**

APPEARANCES: X DEFENDANT
X COUNSEL FOR DEFENDANT ARIS W. COX, VI
X ASSISTANT U.S. ATTORNEY CARTER GUICE
__ INTERPRETER ________________ SWORN
(TIME: .M to .M)

X / READING OF THE BILL OF INFORMATION: READ WAIVED SUMMARIZED
X / DEFENDANT ADVISED OF THE MAXIMUM PENALTY
X / DEFENDANT PLEADS NOT GUILTY TO ALL COUNTS
X / DEFENDANT GIVEN FOURTEEN DAYS TO FILE SPECIAL PLEADINGS

X / DEFENDANT REMANDED TO THE CUSTODY OF THE U.S. MARSHAL

_/ DEFENDANT RELEASED ON ORIGINAL BOND

_/ BAIL SET AT ____________________

_/ DEFENDANT RELEASED ON NEW BOND

X / OTHER: Waiver of indictment executed.

**NOTICE:** X / PRE-TRIAL CONFERENCE: **JULY 6, 2017 AT 9:00 AM**

**BEFORE UNITED STATES DISTRICT JUDGE KURT D. ENGELHARDT**

X / TRIAL: **JULY 17, 2017 AT 8:30 AM**

**BEFORE UNITED STATES DISTRICT JUDGE KURT D. ENGELHARDT**

JS10: 00: 04