UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL NO. |
| v. | * | SECTION: |
| MARIA SPEARS<br>a/k/a Maria Baquedano | * | VIOLATION: 18 U.S.C. § 2<br>18 U.S.C. § 2113(b) |
| | * | |

\* \* \*

## FACTUAL BASIS

Should this matter have been tried before a finder of fact, the Government would have proven beyond a reasonable doubt, through testimony and admissible evidence that:

The defendant, **MARIA SPEARS ("SPEARS")**, opened a checking account at Gulf Coast Bank, in the Eastern District of Louisiana. This account was closed in 2011 and contained no funds. The deposits of Gulf Coast Bank were insured by the Federal Deposit Insurance Corporation. ("FDIC") when Spears wrote the fraudulent checks.

From on or about June 6, 2015 until on or about March 26, 2016 in the Eastern District of Louisiana, the defendant **SPEARS**, did take and carry away with the intent to steal and purloin approximately $357,000 of money belonging to and in the care, custody, control, management and possession of Gulf Coast Bank, a institution whose deposits were then insured by the FDIC.

**SPEARS** wrote checks on a closed account which she well knew contained zero funds. By writing the checks she was able to fraudulently purchase real estate and automobiles. By writing the fraudulent checks, she instructed Gulf Coast Bank to release funds she well knew she did not have and to which she was not entitled.

On June 26, 2015 **SPEARS** issued a check in Jefferson Parish in the Eastern District of Louisiana in the amount of $5000.00 to Party "A", in order to purchase real estate in Kenner, Louisiana. When the check was presented to the bank by Party "A", the bank declined to release the funds as the account had been closed since 2011.

On December 12, 2015 **SPEARS** purchased a 2016 Chevrolet Corvette in Jefferson Parish within the Eastern District of Louisiana from Dealer "A" with a check for $80,390.29 from the closed account in which she well knew there was zero funding. When the check was presented to the bank by Dealer "A", the bank declined to release the funds as the account had been closed since 2011.

On March 5, 2016 **SPEARS** purchased a 2016 Nissan GTR in Jefferson Parish within the Eastern District of Louisiana from Dealer "B" with a check for $130,675.00 from the closed account to which she well knew there was zero funding. When the check was presented by Dealer "B", the bank declined to release the funds as the account had been closed since 2011.

On March 21, 2016 **SPEARS** purchased a 2016 Cadillac Escalade Premium in Jefferson Parish within the Eastern District of Louisiana Dealer "C" with a check for $97,590.75 from the closed account in which she well knew there was zero funding. When the check was presented by Dealer "C", the bank declined to release the funds as the account had been closed since 2011.

On March 26, 2016 in Tangipahoa Parish within the Eastern District of Louisiana she purchased a 2016 Nissan 370Z from Dealer "D" with a check for $44,000 from the closed

account in which she well knew there was zero funding. When Dealer "D" presented the check, the bank declined to release the funds as the account had been closed since 2011.

The above facts would be proven with testimony from federal agents and employees of Gulf Coast Bank as well as representatives of the real estate firms and the car automobile dealerships who would introduce incontrovertible physical and documentary evidence.

**READ AND APPROVED:**

_____
CARTER K. D. GUICE, JR.
Assistant United States Attorney
Louisiana Bar #16771

6-28-17
_____
DATE

_____
MARIA SPEARS
Defendant

6-28-17
_____
DATE

_____
ARIS W. COX, VI
Attorney for Defendant

6-28-17
_____
DATE